# **<u>Exhibit A</u>**

AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | | |
|---|---|---|
| IRWIN J. BARKAN and D&D BARKAN LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 05-50L |
| DUNKIN' DONUTS, INC and BASKIN-ROBBINS | ) | |
| *Defendant* | ) | |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 02/03/2011 .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 3-2-11

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| IRWIN J. BARKAN AND D&D BARKAN LLC <br> *Plaintiff* <br> v. <br> DUNKIN' DONUTS, INC. AND BASKIN-ROBBINS <br> *Defendant* | Civil Action No. 05-50L |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Judgment is entered in favor of defendant, Dunkin' Donuts, Inc. and Baskin-Robbins USA, Co. against plaintiff, Irwin J. Barkan and D&D Barkan LLC, in the amount of $32,501.48.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Ronald R. Lagueux on a motion for Entry of Final Judgment

Date: 02/03/2011

CLERK OF COURT

/s/ Janice Cavaco
*Signature of Clerk or Deputy Clerk*

Attest to True Copy

DAVID A. DIMARZIO
By /s/ _____
Deputy Clerk